UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

NOV 2 3 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

John A. Ashford Jr.

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**05C 6679**

Case No: _____
(To be supplied by the Clerk of this Court)

vs.

Michale Sheen
Sagt. John Doe
Officer Jane Doe

**JUDGE DER-YEGHIAYAN**

**MAGISTRATE JUDGE DENLOW**

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**CHECK ONE ONLY:**

✓      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

____      **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

Revised: 7/20/05

I.  **Plaintiff(s):**

   A. Name: John A. Ashford Jr.

   B. List all aliases: _____

   C. Prisoner identification number: 20050053436

   D. Place of present confinement: Cook County Department of Correction

   E. Address: 2700 S. California Chicago Il. 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Michale Sheen
      Title: Cook county sheriff Department of correction
      Place of Employment: 2700 S. California Chicago, Il. 60608

   B. Defendant: Sagt. John Doe
      Title: Sagt. In charge of complex
      Place of Employment: 2700 S. California Chicago Il. 60608

   C. Defendant: Officer Jane Doe
      Title: Officer on Deck or Duty
      Place of Employment: 2700 S. California Chicago Il. 60608

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                               Revised: 7/20/05

### III. Exhaustion of Administrative Remedies

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

- A. Is there a grievance procedure available at your institution?

    YES (✓)  NO ( )   If there is no grievance procedure, skip to F.

- B. Have you filed a grievance concerning the facts in this complaint?

    YES ( )  NO (✓)

- C. If your answer is **YES**:

    1. What steps did you take?

        N/A

    2. What was the result?

        N/A

    3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

        N/A

- D. If your answer is **NO**, explain why not: I Reported the Insident to one of the sargents that was on duty that afternoon, and that shift was from 3:00pm to 11:00pm

3

Revised: 7/20/05

E. Is the grievance procedure now completed? YES ( ) NO (✓)

F. If there is no grievance procedure in the institution, did you complain to authorities? YES (✓) NO ( )

G. If your answer is **YES**:

1. What steps did you take? I Reported the Insident to a Snrgent that came on duty between the hours of 3:00pm Shift to 11.pm

2. What was the result? See statement of claime

H. If your answer is **NO**, explain why not:

N/A

4

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised: 7/20/05

V.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I Plaintiff was sentence to a hundred and twenty-days in the Cook County Jail drug unit for none violent prisoners. Plaintiff was mandated to the program or Div-14 on July 20, 2005. Plaintiff was screened and monitored by his counslers as he pertisipated in the program. Everyone in the unit had a job title while in program. Plaintiff was assigned to Food-Service. Everything was Proceeding fine until Quasin the perpertactor came to the unit. Plaintiff was told Quasin was not mandated to the program, Quasin just had to do his time which was ninety-days. Plaintiff was to show Quasin how to do the job of food service, but notice Quasin did not like to take suggestions or wanted to be taught from Plaintiff. This incident occured on the 18 of Sept., 2005 during dinner time, Verbal words were exchange

6

between Plaintiff and Quasin, Plaintiff ignored Quasin and bent down to retrive his milk when Quasin hit Plaintiff in the eye with his fist. Plaintiff got away from Quasin as he again attempted phisical violence. Officer Jane Doe Defendent #2 came from behind her desk to resolve the matter, Defendent after 10 minutes then decided to call for back up and a Sargt. Defendent #3 came on the floor to seperate the matter. Plaintiff was sent to Cook County Hospital, while the perpetrator Quasin was sent to another unit. During the examination at the hospital, the Plaintiff was told that he had fractured bone below his right eye, leaving his vision not at the best. Plaintiff states that his vision is still blured and sometimes the eye ache on movement. The doctors told Plaintiff that he would have to have serguanry to fix those broken bones, but it never happened so he was looked at by eye doctors at Cermak services from time to time until they just stoped. Plaintiff has received no futher medical assistance.

Defendants were dressed in uniform acting in authority of law and as a sworn duty to uphold the law. The defendants acts and omissions of misconduct at their will and negligence to maintain a safe and secure enviorment for Plaintiff. The Plaintiff due process of law under the 14th amendment of the United States Constitution.

Defendant #1 Michael Sheehan is the Sheriff Of The Cook County Jail. He also responsible to adequetly have staff trained, staffed and protect all detainees. This negligent conduct and inadequecy to provide basic services leads to the bodily harm done to Plaintiff

Defendant #2 Sargeant John Doe after an inordinate delay finally seperating the Perpetrator and Plaintiff. Defendants subordinate officer failed to act immediately to the incident between Plaintiff and Perpetrator. Sargeant has a duty to inform and train staff accordingly for their own protection as well as detainees The negligence of this defendant #2 John Doe to provide staff with adequate training procedures and procedures on what to do or how to respond to any incident. Is direct willfull misconduct.

Defendant #3 Officer Jane Doe heard the above incident between Plaintiff and Perpetrator and took approximately 10 minutes, and two incidents between the Plaintiff and aggressor. This negligence of misconduct further belies the fact that this defendant has had no sense of urgency or response to this conduct. Relating to a need of retraining or termination and/or reassignment. because of this misconduct Plaintiff has incurred significant injuries that maybe permanent. This 10 minute period of time before this officer and calling a 10-10 for assistance escalating the need for this action under misconduct

VI.     **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

The plaintiff seeks 50 thousand dollars in punitive damages. The plaintiff demands 50 thousands dollars in compensatory damages. Plaintiff seek seperate damages from each defendant on each count. The plaintiff seeks 50 thousand dollars seperately from each defendant. Indemification damages. The plaintiff seeks in train fees and any other relief deemed just fair and proper.

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __8__ day of __11__, 20_05_

_____
(Signature of plaintiff or plaintiffs)

JOHN A. ASHFORD JR.
(Print name)

200500053436
(I.D. Number)

1352 N. MASON
Chicago, IL. 60659
(Address)

8                                    Revised: 7/20/05

November      , 2005
11-8-05

John A. Ashford Jr.
#2005 0053436
P.O. Box 089002
Chicago, Ill. 60608
Div 8 RTU, E-1

## Certificate Of Service

I John A. Ashford Jr. hereby assert that the enclosed information is and to the best of my knowledge and ability. Please find enclosed an original and (3) copies of this complaint under U.S.C 42 Section 1983 Civil Rights Act. This information was placed in the mail   /  /2005. Please send me a stamped filed copy to me at the Department Of Corrections. Plaintiff further relates that his stamped copy should now be sent to John Ashford Plaintiff 1357 N. Mason Chicago, Ill. 60651

Respectfully Submitted
John A. Ashford Jr.
*John Ashford Jr.*